# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 7/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Law & Technology Advisory Council - University of Akron School of Law |
| 2. | Member | Board of Trustees - Grove City College - see note 1 |
| 3. | Member | Board of Directors - Foundation for Research on Economics and the Environment |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 7/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | OPERS - pension |
| 2. | 2016 | University of Akron School of Law and Bliss Institute -- teaching salary |
| 3. | 2016 | Cleveland State University School of Law -- teaching salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alliance Defending Freedom | August 2-3 | Washington, DC | seminar presentation | lodging and food |
| 2. | Claremont Institute | Sept. 17-19 | Orange, California | award recipient | transportation, lodging and food |
| 3. | Federal Bar Assoc. | Sept. 15 | Cleveland, Ohio | Young Lawyers Breakfast speaker | lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Nat'l Bank of Wyoming | Mtge/Note on Property # 21 (see note 2) | K |
| 2. | Westfield Bank | Mtge/Note on Properties 1, 8, 14, 20 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 7/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account # 1 -- IRA | B | Dividend | L | W | | | | | |
| 2. - Sequoia Financial Group Cash Account | A | Interest | J | W | | | | | |
| 3. CORP PIMCO Investment Grade Corp. Bond | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 4. SCHR Schwab Int. Term US Treas. | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 5. SCHC Schwab Intnl. Small Cap | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 6. SCHZ Schwab US Aggregate Bond | A | Dividend | J | W | Buy | 02/23/16 | J | | |
| 7. SCHV Schwab US Large Cap Value (see note 5) | A | Dividend | J | W | | | | | |
| 8. SCHX Schwab US Large Cap | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 9. SCHA Schwab US Small Cap | A | Dividend | J | W | Buy | 02/23/16 | J | | |
| 10. RWO spdrdow jones global real estate | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 11. CWI SPDR MSCI ACWI Ex-US | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 12. ACIM SPDR MSCI ACWI IMI | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 13. GII SPDR S&P Global Infrastructure | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 14. GNR SPDR S&P Global Natural Resources | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 15. AGGY Wisdomtree Barclays Yield US | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 16. FNDF Schwab Fundamental INtl. Large (see note 6) | | None | | | Sold | 07/22/16 | J | A | |
| 17. GII SPDR S&P Global Infrastructure (see note 6) | | None | | | Sold | 02/23/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PCY Powershares Emerging Mkts | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 19. PHB Powershares Fundamental High Yield | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 20. PIZ Powershares DWA Develop. Mkts | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 21. QAI IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 22. QAI IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 23. RPG Guggenheim S&P 500 Pure Growth | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 24. RWO SPDR Dow Jones Global Real Est. | | None | | | Sold | 02/23/16 | J | A | |
| 25. SCHE Schwab Emerging Market Equity | | None | | | Sold | 02/23/16 | J | A | |
| 26. SCHE Schwab Emerging Market Equity | | None | | | Sold | 02/23/16 | J | A | |
| 27. SCHF Schwab Intl. Equity | | None | | | Sold | 07/22/16 | J | A | |
| 28. SCHV Schwab US Large Cap Value | | None | | | Sold | 02/23/16 | J | A | |
| 29. SCHV Schwab US Large Cap Value | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 30. SCHZ Schwab US Aggregate Bond | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 31. Account #2 - IRA | B | Dividend | M | W | | | | | |
| 32. -Sequoia Financial Group Cash Account | A | Interest | J | W | | | | | |
| 33. CORP PIMCO Invest Grade Corp Bond | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 34. SCHR Schwab Intermed. Term US Treas. | A | Dividend | J | W | Buy | 07/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 7/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHC Schwab Intnl Small Cap | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 36. SCHZ Schwab US Aggregate Bond | A | Dividend | J | W | Buy | 02/23/16 | J | | |
| 37. SCHV Schwab US Large C ap Value | A | Dividend | J | W | | | | | |
| 38. SCHX Schwab US Large Cap | A | Dividend | K | W | Buy | 07/22/16 | K | | |
| 39. SCHA Schwab US Small Cap | A | Dividend | J | W | Buy | 02/23/16 | J | | |
| 40. RWO SPDR Dow Jones Global Reas Estate | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 41. CWI SPDR MSCI ACWI Ex-US | A | Dividend | K | W | Buy | 07/22/16 | K | | |
| 42. ACIM SPDR MSCI ACWI IMI | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 43. gii SPDR S&P Global Infrastructure | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 44. GNR SPDR Global Natural Resources | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 45. AGGY Wisdomtree Barclays yield US | A | Dividend | J | W | Buy | 07/22/16 | J | | |
| 46. FDNF Schwab Fundamental Intnl Large | | None | | | Sold | 07/22/16 | J | A | |
| 47. GII SPDR S&P Global Infrastructure | | None | | | Sold | 02/23/16 | J | A | |
| 48. PCY Powershares Emerging Mkts | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 49. PHB Powershares Fundamental High Yield | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 50. PIZ Powershares DWA Developing Mardets | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 51. QAI IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Sold | 07/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 7/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. QAI IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 53. RPG Guggenheim S&P 500 Pure Growth | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 54. RWO SPDR Dow Jones Global Real Estate | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 55. SCHE Schwab Emerging Markets | | None | | | Sold | 02/23/16 | J | A | |
| 56. SCHE Schwab Emerging Markets | | None | | | Sold | 07/22/16 | J | A | |
| 57. SCHF Schwab Internl Equity | | None | | | Sold | 07/22/16 | J | A | |
| 58. SCHV Schwab US Large Cap | | None | | | Sold | 02/23/16 | J | A | |
| 59. SCHV Schwab US Large Cap | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 60. SCHZ Schwab US Aggregate Bond | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 61. Account #3 - IRA | B | Dividend | K | W | | | | | |
| 62. - Sequoia Financial Group Cash Account | A | Interest | J | W | | | | | |
| 63. GWPFX American Funds Growth | A | Dividend | K | W | Buy | 01/07/16 | K | | |
| 64. IVW I Shares S&P 500 Growth | A | Dividend | J | W | | | | | |
| 65. EFA I Shares MSCI EAFE | | None | | | Sold | 01/07/16 | J | A | |
| 66. IJJ I Shares S&P Mid 400 Value | | None | | | Sold | 01/17/16 | J | A | |
| 67. IJK I Shares S&P mid 400 Growth | | None | | | Sold | 01/07/16 | J | A | |
| 68. IVE iSHARES S&P 500 Value Index Fund | | None | | | Sold | 01/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LQD i Shares IBOXX Investment Bond | | None | | | Sold | 01/07/16 | J | A | |
| 70. SHY I Shares 1-3 yr Treasury | | None | | | Sold | 01/07/16 | J | A | |
| 71. Real Estate (H) - see Part VIII, note 4 | | | | | | | | | |
| 72. Prop. # 1 -- duplex -- Medina, Ohio | D | Rent | M | Q | | | | | |
| 73. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 74. Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 75. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 76. Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |
| 77. Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |
| 78. Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | Q | | | | | |
| 79. Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 80. Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 81. Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 82. Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 83. Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 84. Prop. # 13 -- Commercial bldg -- Medina OH (2/3 interest) | E | Rent | N | Q | | | | | |
| 85. Prop. # 14 -- duplex -- Medina, OH | E | Rent | M | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 7/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 87. Prop. # 16 -- Vacant land -- Medina, OH | | None | M | Q | | | | | |
| 88. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 89. Prop. # 18 -- single family -- Medina OH (1/2 interest) | B | Rent | K | W | | | | | |
| 90. Prop. # 19 -- commercial bldg -- Medina OH | E | Rent | M | Q | | | | | |
| 91. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 92. Prop. # 21 -- Vacant land -- Big Horn County, WY | A | Rent | N | W | | | | | |
| 93. Misc. (H) | | | | | | | | | |
| 94. Farmers Savings Bank accounts | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Batchelder, Alice M. | 7/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

Note 2: This mortgage was erroneously reported last year as being on "Property 23." If the font on these reports were large enough for anyone over the age of 21 to read, I likely would not have made the error.

Note 3: The note and mortgage on line 2 of my 2015 report (on Property #9) was paid off on July 15, 2015.

Note 4: Real Estate assets in Sec. VII whose value method is reported as "Q": I have again used the Medina County Auditor's most recent appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. These appraisals are the basis for our real estate taxes.

Note 5: This software is so poor. There are random places where no matter what I do, I cannot choose "Leave Blank." This is one of them. There is no value to a transaction that did not take place.

Note 6: No income during the reporting period

Note 7: I cannot express how frustrating it is to have to use this software, to have to attempt to follow the FIDO "instructions" for filing this report, and to have to waste the number of hours I have wasted to provide this information, much of which is simply not necessary at all to the avowed purpose of this report. After all, if I am required by statute to recuse from a case involving a party in which I have even de minimis interest, then there is no reason for anyone to know the extent of my interest in that party. Just sayin'.

Note 8: I have amended this report to include the information required by the Committee's letter of July 7 relative to Part VII, lines 24-30, 46, 47 55-60, and 65-70

Note 9: With regard to the referece to Part VII, line 51 of my 2015 report, the Committee's letter of July 7 says that I listed "RWD" in that report but did not list it in my current (2016) report. I have reviewed the 2015 report and called my broker, and can attest that it was my error in reading the broker's handwritting that led to the error. The correct initials on line 51 of the 2015 report should have been "RWO" and that asset appears on lines 40 and 54 of the 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice M. Batchelder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544